UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>$6,152,285.88 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT FIRST BANK OF DELAWARE, PHILADELPHIA, PENNSYLVANIA, IN ACCOUNT NUMBERED 9016139,<br><br>　　　　　　Defendant-in-rem. | 15 CV 02237 (KMW/KNF)<br><br>**VERIFIED CLAIM OF ULTRA SAFE PAY, LLC** |

　　　　PLEASE TAKE NOTICE that Ultra Safe Pay, LLC, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by and through its attorneys, hereby asserts an ownership interest in, and makes a claim upon, the following property identified by the United States as a defendant *in rem* in the above-captioned case:

　　　　$6,152,285.88 in United States Currency Formerly on Deposit at First Bank of Delaware, Philadelphia, Pennsylvania, in Account Numbered 9016139.

　　　　Ultra Safe Pay, LLC claims a right, title and interest in the above identified defendant *in rem* as an owner.

Dated: May 4, 2015

　　　　　　　　　　　　　　　　　　/s/ Adam B. Michaels
　　　　　　　　　　　　　　　　　　Adam B. Michaels
　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10018-1405
　　　　　　　　　　　　　　　　　　(212) 808-2700

　　　　　　　　　　　　　　　　　　Attorneys for Claimant Ultra Safe Pay, LLC

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

ULTRA SAFE PAY, LLC

by _____
Manuel Sanchez, its Authorized Representative